**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00283-CV

**KATIE GOSSETT, Appellant**

**V.**

**KIMBERLY BACK, Appellee**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. Pr-12-00202-2**

## ORDER

We **GRANT** appellee's November 26, 2013 agreed third motion for an extension of time

to file a brief. Appellee shall file her brief on or before December 23, 2013.

/s/     ELIZABETH LANG-MIERS
        JUSTICE